924

No. 86–7011.   COLLINS v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 86–7025.   EARNEST v. NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 86–7060.   PICKENS v. BUTLER, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–7071.   KEHOE v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–7078.   AMES v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 87–69.   SACILOR, ACIERIES ET LAMINOIRS DE LORRAINE ET AL. v. UNITED STATES ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 87–92.   ANR GASIFICATION PROPERTIES CO. v. UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 87–98.   BROWN ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 87–116.   OCHOA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–144.   BOARD OF EDUCATION OF THE POLARIS JOINT VOCATIONAL SCHOOL DISTRICT ET AL. v. TYE.   C. A. 6th Cir.   Certiorari denied.

No. 87–145.   BISHOP v. NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 87–153.   MR. W. FIREWORKS, INC. v. BROCK, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 87–176.   WHITE ET AL. v. ELROD, SHERIFF OF COOK COUNTY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–180.   SCHINMANN ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.